IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

FILED
AUG 2 4 2026
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Newport News Division

UNITED STATES OF AMERICA

v.

JORDAN ISAIAH PIERCE,

a/k/a "L.A.,"

Defendant.

**UNDER SEAL**

Case No. 4:26-mj-56

ORDER TO SEAL

The United States of America, pursuant to Local Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, having moved to seal the complaint and affidavit in support of the complaint, the Motion to Seal, and proposed Order in this matter; and

The Court, having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the government's legitimate interest in concluding the investigation; and finding that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby:

ORDERED, ADJUDGED, and DECREED that, the complaint and affidavit in support of the complaint, Motion to Seal, and this Order be Sealed until the defendant is arrested.

Date: 8-24-26
Norfolk, Virginia

Hon. Lawrence R. Leonard
United States Magistrate Judge