AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

FILED
AUG 2 4 2026
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

United States of America
v.

Jordan Isaiah Pierce

*Defendant(s)*

Case No. 4:26-mj- 55

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 11, 2022 in the county of Newport News in the Eastern District of Virginia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. 1951(a) | interference with commerce by robbery, threats, and violence |
| 18 U.S.C. 924(c) | possession, use, carry, and brandish a firearm during and in relation to and in furtherance of a crime of violence |

This criminal complaint is based on these facts:

See attached affidavit.

❒ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Mack Coleman, Brian Samuels, and Lisa McKeel

*Complainant's signature*

Zachary Mullin, Special Agent, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/24/2026

*Judge's signature*

City and state: Norfolk, Virginia

Lawrence R. Leonard, U.S. Magistrate Judge

*Printed name and title*