AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

ORIGINAL

SEALED

United States of America
v.
Jordan Isaiah Pierce

*Defendant*

Case No. 4:26-mj-55

FID: 12008172

RECEIVED UNITED STATES MARSHAL
2026 AUG 24 P 1:21
EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Jordan Isaiah Pierce,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ☑ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

interference with commerce by robbery, threats, and violence, in violation of 18 U.S.C. 1951(a); and

possession, use, carry, and brandish a firearm during and in relation to and in furtherance of a crime of violence, in violation of 18 U.S.C. 924(c).

Date: 08/24/2026

[signature]
*Issuing officer's signature*

City and state: Norfolk, Virginia

Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 8/24/2026, and the person was arrested on *(date)* 8/27/2026
at *(city and state)* Norfolk, VA.

Date: 8/27/2026

[signature]
*Arresting officer's signature*

SA Zachary Mullin FBI
*Printed name and title*