**INITIAL APPEARANCE MINUTES:**

Time set: 2:00
Start Time: 2:13
End Time: 2:17

Split Time ( )

Date: 8/28/26
Presiding Judge: Lawrence R. Leonard, USMJ
Courtroom Deputy: Woodcock, L
Reporter: FTR-Mag 2
U.S. Attorney: Eric Hurt
Defense Counsel:
( ) Retained ( ) Court appointed ( ) AFPD
Interpreter:

Case Number: 4:26mj55
USA v. Jordan Isaiah Pierce

( X ) Deft. Present ( X ) custody ( ) not in custody
( X ) Initial Appearance ( ) Indictment ( ) Probation Violation Petition ( ) Supervised Release Petition
( ) Criminal Information ( ) Rule 5 arrest ( ) Rule 32 arrest ( X ) Criminal Complaint
( ) Defendant consented to video proceedings. Order entered and filed
( X ) Deft. advised of rights, charges and right to counsel
( X ) Counsel desired ( ) Defendant to retain: ____
( X ) Oral admonition as required by DPPA given to the prosecutor
( ) Defendant's motion to substitute counsel
( ) Order to substitute counsel executed and filed in open court
( X ) Financial Affidavit filed in open Court
( X ) Court ( X ) Directed ( ) Denied appointment of counsel ( X ) FPD Conflict
( ) ____, AFPD present. FPD appointed in open court
( X ) M. Lorello ____, CJA present. CJA appointed in open court
( ) Court directed defendant to reimburse govt. at rate of $____ per month. Payments to begin and continue each month thereafter until paid in full.
( ) Defendant waived ( ) Removal ( ) Preliminary hearing (In this District only)
( ) Defendant executed Waiver of Removal Hearing ( ) Waiver of Identity Hearing (In this District only)
( ) Waiver of Detention Hearing (In this District only)
( ) Commitment to Another District entered and filed in open court
( ) ( ) Preliminary ( ) Removal Hearing set for ____ at ____ before ____ U.S. Magistrate Judge in ____.
( ) Preliminary Hearing ( ) Held ( ) Waived. ( ) Defendant stipulated to probable cause
( ) Court finds probable cause ( ) Defendant held for Grand Jury ( ) Defendant remanded to custody of U.S. Marshal for removal to charging district
( X ) Government motion for Detention ( ) Government not seeking detention
( ) Government motion to withdraw motion for detention and set bond ( ) Granted ( ) Denied
( ) Detention Hearing scheduled for ____ at ____ before ____.
( ) Detention Hearing ( ) Held ( ) Waived in ____.
( ) Temporary Detention Order entered and filed ( ) Detention Ordered Pending Trial
( ) Bond set at $ ____
( ) Special Conditions of Release: **(See Page 2)**
( ) Deft. remanded to custody of U. S. Marshal
( ) Warrant returned executed and filed in open court
( X ) Defendant is directed to appear on 9-17-26 at 2:00 (DEM) for
( ) Arraignment ( ) SRVH ( ) PVH ( ) Bench Trial (x) preliminary)
( ) Norfolk ( X ) Newport News
( ) ____
( ) ____

Def. waives Det. hearing + waives 14 days for Prelim - Ct. finds Good cause + sets for 9/17