**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JORDAN ISAIAH PIERCE,<br><br>Defendant. | ) | Case No.: 4:26-mj-55 |

# DETENTION ORDER

The Defendant appeared with counsel for his initial appearance on August 28, 2026. At the initial appearance, Defendant waived his right to an immediate detention hearing. The Court advised the Defendant of his right to a detention hearing within the procedural requirements of 18 U.S.C. § 3142 and the effect of his waiver. After inquiry, the Court determined the Defendant's waiver was knowing and voluntary.

Accordingly, the Defendant is **ORDERED** detained until trial.

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

The Clerk is **DIRECTED** to forward a copy of this Order to the United States Attorney, the United States Marshal, the United States Pretrial Services Office, and counsel of record for the Defendant.

It is so **ORDERED**.

Lawrence R. Leonard
United States Magistrate Judge

Newport News, Virginia
August 28, 2026